IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

STATE OF WISCONSIN, ex rel
RONALD R. KOTAS,

    Petitioner,

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-238-wmc

v.

CIRCUIT COURT OF PORTAGE
COUNTY and JUDGE FINN,

    Respondents.

---

This action came for consideration before the court with **DISTRICT JUDGE WILLIAM M. CONLEY** presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of respondents dismissing this case without prejudice.

By: [signature], Deputy Clerk
Peter Oppeneer, Clerk of Court

6-16-10
Date